Isola et al v. AIG Domestic Claims, Inc., et al. Doc. 4

Case 2:05-cv-01288-GEB-KJM   Document 4   Filed 07/01/2005   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DAVID R. ISOLA, ESQ. and
ISOLA AND ASSOCIATES, LLP.,

         Plaintiff,            No. Civ. S-05-1288-DFL-KJM

    v.                         RECUSAL ORDER

ACE PROPERTY AND CASUALTY
INSURANCE CO., et al.,

         Defendants.
_____/
```

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings.

    IT IS SO ORDERED.

DATED: 6/29/2005

                                    /s/ David F. Levi
                                    DAVID F. LEVI
                                    United States District Judge

1