IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID R. ISOLA, ESQ. and
ISOLA AND ASSOCIATES, LLP.,

     Plaintiff,	No. Civ. S-05-1288-DFL-KJM

  v.	RECUSAL ORDER

ACE PROPERTY AND CASUALTY
INSURANCE CO., et al.,

     Defendants.
_____/

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings.

    IT IS SO ORDERED.

DATED: 6/29/2005

                                    /s/ David F. Levi
                                    DAVID F. LEVI
                                    United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26