1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID R. ISOLA, an individual; and ISOLA & ASSOCIATES, LLP, a California Limited Liability Partnership,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AIG DOMESTIC CLAIMS, INC., a Delaware corporation; AIG TECHNICAL SERVICES, INC., a Delaware corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; NEW HAMPSHIRE INSURANCE COMPANY, a New Hampshire corporation; AIU INSURANCE COMPANY, a New York Corporation; ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation formerly known as AETNA INSURANCE COMPANY; CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, a Nebraska corporation; RESOLUTE MANAGEMENT, INC., a Delaware corporation; and CONTINENTAL INSURANCE COMPANY, a South Carolina corporation as successor-in-interest to certain insurance policies issued by HARBOR INSURANCE COMPANY,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:05-cv-01288-GEB-KJM<br><br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

27          Plaintiff's Scheduling Conference Report filed September 19,

28  2005, reveals this case is not ready to be scheduled.  Therefore, the

1

Status (Pretrial Scheduling) Conference currently scheduled for October 3, 2005, is continued to December 12, 2005, at 9:00 a.m. A joint status report shall be filed no later than November 28, 2005.[1]

IT IS SO ORDERED.

Dated:  September 21, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[1]    The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.