1  **STEVEN M. CRANE, State Bar No. 108930**
   **JAMES L. SEAL, State Bar No. 048645**
2  BERKES CRANE ROBINSON & SEAL LLP
   515 South Figueroa Street, Suite 1500
3  Los Angeles, California 90071
   Telephone:  (213) 955-1150
4  Facsimile:  (213) 955-1155

5  Attorneys for Defendant and Cross-Complainant
   CONTINENTAL INSURANCE COMPANY, a South Carolina
6  corporation as successor-in-interest to certain insurance
   policies issued by HARBOR INSURANCE COMPANY

7

8                **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 DAVID R. ISOLA, an individual; and ISOLA    ) Case No.:  2-05-CV-01288-GEBKJM
   & ASSOCIATES, LLP, a California Limited     )
12 Liability Partnership                       )
                                               ) **STIPULATION EXTENDING TIME**
13            Plaintiffs,                       ) **OF DEFENDANT CONTINENTAL**
                                               ) **INSURANCE COMPANY TO**
14    vs.                                       ) **RESPOND TO COMPLAINT; ORDER**
                                               )
15 AIG DOMESTIC CLAIMS, INC., a Delaware       )
   corporation; AIG TECHNICAL SERVICES,        )
16 INC., a Delaware corporation; NATIONAL      )
   UNION FIRE INSURANCE COMPANY OF             )
17 PITTSBURGH, PA, a Pennsylvania              )
   corporation; NEW HAMPSHIRE                  )
18 INSURANCE COMPANY, a New Hampshire          )
   corporation; AIU INSURANCE COMPANY,         )
19 a New York Corporation; ACE PROPERTY        )
   AND CASUALTY INSURANCE                      )
20 COMPANY, a Pennsylvania corporation         )
   formerly known as AETNA INSURANCE           )
21 COMPANY; CENTRAL NATIONAL                   )
   INSURANCE COMPANY OF OMAHA, a               )
22 Nebraska corporation; RESOLUTE              )
   MANAGEMENT, INC., a Delaware                )
23 corporation; and CONTINENTAL                )
   INSURANCE COMPANY, a South Carolina         )
24 corporation as successor-in-interest to certain )
   insurance policies issued by HARBOR         )
25 INSURANCE COMPANY                           )
                                               )
26            Defendants.                       )
   _____ )
27

28

1        Plaintiffs DAVID R. ISOLA and ISOLA & ASSOCIATES, LLP and defendant

2    CONTINENTAL INSURANCE COMPANY as successor-in-interest to certain insurance

3    policies issued by HARBOR INSURANCE COMPANY ("Continental") hereby stipulate that

4    Continental may have to and including November 1, 2005, in which to respond to the Complaint

5    in this action.  Said extension of time is necessary to permit the parties to this Stipulation to

6    determine whether the disputes giving rise to this action between them may be settled and thus

7    obviate the need for said defendant to file a responsive pleading.

8        No previous extensions of time to respond to the complaint have been sought by or

9    granted to Continental.

10

11   Dated: October __, 2005        ISOLA & ASSOCIATES

12           By:  **Signature on file**_____

13              David R. Isola
             Attorneys for Plaintiffs ISOLA & ASSOCIATES and

14           DAVID R. ISOLA

15   Dated: October 17, 2005        BERKES CRANE ROBINSON & SEAL LLP

16           By:_____**/s/**_____

17              James L. Seal
             Attorneys for CONTINENTAL INSURANCE

18           COMPANY, as successor-in-interest to certain
             insurance policies issued by HARBOR INSURANCE

19           COMPANY

20    IT IS SO ORDERED.

21   DATED:  October 25, 2005        /s/ Garland E. Burrell, Jr._____

22           GARLAND E. BURRELL, JR.
             United States District Judge

23

24

25

26

27

28