1 | **STEVEN M. CRANE, State Bar No. 108930**
**JAMES L. SEAL, State Bar No. 048645**
2 | BERKES CRANE ROBINSON & SEAL LLP
515 South Figueroa Street, Suite 1500
3 | Los Angeles, California 90071
Telephone:  (213) 955-1150
4 | Facsimile:  (213) 955-1155

Attorneys for Defendant and Cross-Complainant
CONTINENTAL INSURANCE COMPANY, a South Carolina
corporation as successor-in-interest to certain insurance
policies issued by HARBOR INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. ISOLA, an individual; and ISOLA & ASSOCIATES, LLP, a California Limited Liability Partnership | Case No.:  2-05-CV-01288-GEBKJM |
| Plaintiffs, | **STIPULATION EXTENDING TIME OF DEFENDANT CONTINENTAL INSURANCE COMPANY TO ANSWER COMPLAINT; ORDER** |
| vs. | |
| AIG DOMESTIC CLAIMS, INC., a Delaware corporation; AIG TECHNICAL SERVICES, INC., a Delaware corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; NEW HAMPSHIRE INSURANCE COMPANY, a New Hampshire corporation; AIU INSURANCE COMPANY, a New York Corporation; ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation formerly known as AETNA INSURANCE COMPANY; CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, a Nebraska corporation; RESOLUTE MANAGEMENT, INC., a Delaware corporation; and CONTINENTAL INSURANCE COMPANY, a South Carolina corporation as successor-in-interest to certain insurance policies issued by HARBOR INSURANCE COMPANY | |
| Defendants. | |

Plaintiffs DAVID R. ISOLA and ISOLA & ASSOCIATES, LLP and defendant CONTINENTAL INSURANCE COMPANY as successor-in-interest to certain insurance policies issued by HARBOR INSURANCE COMPANY ("Continental") hereby stipulate that Continental may have to and including November 15, 2005, in which to answer the Complaint in this action.  Counsel for Continental are presently engaged in trial in Sacramento County Superior Court.  Said extension of time is necessary to permit the parties to this Stipulation to determine whether the disputes giving rise to this action between them may be settled and thus obviate the need for said defendant to file a responsive pleading.

One previous extension of time to respond to the complaint has been sought by Continental.

Dated: October __, 2005            ISOLA & ASSOCIATES

                                   By: **Signature on file**
                                       David R. Isola
                                   Attorneys for Plaintiffs ISOLA & ASSOCIATES and
                                   DAVID R. ISOLA

Dated: October 26, 2005            BERKES CRANE ROBINSON & SEAL LLP

                                   By:___/s/_____
                                       James L. Seal
                                   Attorneys for CONTINENTAL INSURANCE
                                   COMPANY, as successor-in-interest to certain
                                   insurance policies issued by HARBOR INSURANCE
                                   COMPANY

## ORDER

IT IS SO ORDERED.

DATED:  November 7, 2005           /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

1

**STIPULATION EXTENDING TIME OF DEFENDANT CONTINENTAL INSURANCE COMPANY TO ANSWER COMPLAINT ...**