IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID R. ISOLA, an individual; and  )
ISOLA & ASSOCIATES, LLP, a          )     2:05-cv-01288-GEB
California Limited Liability        )
Partnership,                        )
                                    )
                Plaintiffs          )
                                    )     <u>ORDER CONTINUING STATUS</u>
        v.                          )     <u>(PRETRIAL SCHEDULING)</u>
                                    )     <u>CONFERENCE</u>
AIG DOMESTIC CLAIMS, INC., a        )
Delaware corporation, et al.,       )
                                    )
                Defendants.         )
                                    )

        The parties represent in the "Scheduling Conference Report" filed November 28, 2005, that this case has settled and request that the Status (Pretrial Scheduling) Conference be continued for thirty days to provide them time "to finalize their settlement agreements and enter into a Stipulation dismissing this action."

        The Status (Pretrial Scheduling) Conference currently scheduled on December 12, 2005, is continued to January 23, 2006, at 9:00 a.m., to accommodate the parties' requests. If the action is not

///

///

1

1  dismissed as the parties indicate, the parties shall file a joint
2  status conference report no later than January 9, 2006.[1]
3
4          IT IS SO ORDERED.
   DATED:  December 5, 2005
5
6                                    /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2