IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DAVID R. ISOLA, and ISOLA &     )
ASSOCIATES, LLP,                )    2:05-cv-01288-GEB-KJM
                  Plaintiffs,   )
                                )
     v.                         )
                                )    DISMISSAL ORDER
AIG DOMESTIC CLAIMS, INC., et al., )
                                )
                  Defendants.   )
_____)
```

The Status (Pretrial Scheduling) Conference previously scheduled for December 12, 2005, was continued to January 23, 2006, to provide the parties with additional time "'to finalize their settlement agreements and enter into a Stipulation dismissing this action.'" (Order Continuing Status (Pretrial Scheduling) Conference at 1.) The Order also prescribed that if the parties did not stipulate to dismissal, they were to file a joint status conference report no later than January 9, 2006. The parties did not file a status report on or before January 9, 2006. On

///
///
///
///
///

1

January 12, 2006, Plaintiff's counsel filed a Notice of Settlement. Since the action has settled, it is dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 13, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

2